# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FIONA, and others,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRIAN RISSO,<br><br>        Defendant. | Case Nos. 5:24-cv-05277 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:22-cr-00343 BLF, *United States v. Brian Risso.*

**IT IS SO ORDERED.**

Dated: October 3, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge